# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISTVAN MERCHENTHALER, | No. 4:19-CV-00471 |
| Plaintiff. | (Judge Brann) |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 16, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss, ECF No. 12, is **GRANTED**;

2. Defendants Amy Foura-White, Douglas K. White, M. Washington, Justin Ray Ormond, and M. Blackwell are **DISMISSED WITH PREJUDICE**;

3. Defendants' motion for a protective order, ECF No. 27, is **DENIED AS MOOT**;

4. Plaintiff's complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**;

5. Plaintiff's motions for limited discovery, ECF No. 21, to hold in abeyance the motion to dismiss or for summary judgment pending discovery, ECF No. 24, and motion to amend the complaint, ECF No. 30, are **DENIED AS MOOT**; and

6. Plaintiff shall within thirty (30) days from the date of this Order file an amended complaint that addresses the deficiencies identified in the Court's Memorandum Opinion. Failure to comply will be deemed abandonment of this action, and Plaintiff's action will be subject to dismissal with prejudice without further warning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge